IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD J. CONRAD AND
JEFFREY A. SCHULTZ, JR.,

    Plaintiffs,

v.

JON E. LITSCHER, CAPTAIN LEROY
DUNAHAY, JR., AND NICHOLAS R.
KLIMPKE,

    Defendants.

Case No. 17-cv-418-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |